UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANGELO RUOTOLO,

                            Plaintiff,

  - against -                                      **ORDER**

TOWN OF NEW PALTZ, STACY DELAREDE,      No. 21-CV-9419 (CS)
MARK JAFEE, TOWN JUDGE JAMES BACON,
TOWN ATTORNEY KEVIN BARRY, TOWN
SUPV. NEIL BETTEX, SHERIFF JUAN
FIGUEROA, JOHN DOE AND JANE DOE,

                            Defendants.
-------------------------------------------------------------x

Seibel, J.

      For reasons set forth on the record today, there is no basis for venue in the Southern District of New York. Defendants have not waived venue and request transfer. It is therefore ORDERED that this case be transferred forthwith to the United States District Court for the Northern District of New York. Defendants who have yet to answer shall have twenty-one days from the date of this Order to respond to Plaintiff's Amended Complaint. The waiting period of Local Rule 83.1 is waived. The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: February 22, 2022
       White Plains, New York

                                                    _Cathy Seibel_
                                          CATHY SEIBEL, U.S.D.J.